UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re. | No. C 13-1436 SI (pr) |
| SAMUEL KENNETH PORTER, | **ORDER OF DISMISSAL** |
| Plaintiff. | |

Plaintiff sent to the court a letter concerning medical issues he had at the Calipatria State Prison, where he is incarcerated. In an effort to protect his rights, a new action was opened and the letter was filed on April 1, 2013. Plaintiff was informed that he had not filed a complaint, and was given 28 days to do so or the action would be dismissed. He also was sent a notice that he had not paid the filing fee or applied for leave to proceed *in forma pauperis*, and was given 28 days to either pay the fee or file the application or the action would be dismissed. Plaintiff did not file a complaint or file an *in forma pauperis* application or pay the fee. This action therefore is DISMISSED without prejudice. No fee is due. The clerk shall close the file.

IT IS SO ORDERED.

Dated: June 13, 2013

_____
SUSAN ILLSTON
United States District Judge