UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re. | No. C 13-1436 SI (pr) |
| SAMUEL KENNETH PORTER, | **JUDGMENT** |
| Plaintiff. | |

This action is dismissed without prejudice.

IT IS SO ORDERED AND ADJUDGED.

Dated: June 13, 2013

_____
SUSAN ILLSTON
United States District Judge